# NO. 25-50037

### IN THE UNITED STATES COURT OF
### APPEALS FOR THE FIFTH CIRCUIT

CARL WELLS,

*Plaintiff-Appellant*

v.

LOTTERY.COM INCORPORATED, DOING BUSINESS AS SPORTS.COM, INCORPORATED,

*Defendant - Appellee*

On Appeal from the United States District Court for the Western District of Texas – Austin Division, USDC No. 1:23-CV-01081-RP

## APPELLANT'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL – EDDIE HODGES JR.

Dated: June 10, 2025



  */s/ Eddie Hodges Jr.*
**Eddie Hodges Jr.**
Texas Bar No.: 241165
Federal I.D.: 3479748
**Alfonso Kennard Jr.**
Texas Bar No. 24036888
S.D. ID 713316
5120 Woodway Drive Suite 10010
Houston, Texas 77056
eddie.hodges@kennardlaw.com
Alfonso.Kennard@kennardlaw.com
filings@kennardlaw.com
**ATTORNEYS FOR APPELLANT**

1

Comes now, Appellant, by and through his counsel of record Eddie Hodges Jr., of Kennard Law P.C. ("Counsel"), requests that this Honorable Court allow the undersigned counsel to withdraw from this case for the following reasons:

1. Appellant moves the Court to withdraw Eddie Hodges Jr. as counsel of record. Mr. Hodges has resigned his employment with the Kennard Law P.C., effective June 14, 2025. Alfonso Kennard Jr. and Kennard Law P.C. will remain as lead counsel for Appellant and should continue to receive all notifications from the Court. Mr. Hodges respectfully asks to be removed from all notices and records as counsel for Appellant.

2. Neither Appellees nor Appellant, oppose the withdrawal of counsel as requested in this Motion. Good cause exists for the withdrawal of counsel requested in the Motion. Any trial setting or scheduling order in place will not be affected by the requested withdrawal of counsel.

3. The requested withdrawal of counsel is not sought for the purposes of delay, but so that justice may be served.

4. **WHEREFORE, PREMISED CONSIDERED,** Movant, EDDIE HODGES JR. of KENNARD LAW P.C. respectfully requests that the Court issue an order granting Movant's Motion to Withdraw as Counsel for Appellant.

**Respectfully submitted,**



  /s/ *Eddie Hodges Jr.*
**Eddie Hodges Jr.**
Texas Bar No. 24116523
Federal Bar ID 3479748
**Alfonso Kennard Jr.**
Texas Bar No. 24036888
S.D ID No. 713316
5120 Woodway Dr. Suite 10010
Houston, Texas 77057
T: (713) 742-0900
F: (713) 742-0951
eddie.hodges@kennardlaw.com
filings@kennardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2025, a true and correct copy of the foregoing instrument has been served on all counsel of record via ECF online filing system.

                                                   **/s/ *Eddie Hodges Jr.***
                                                           **Eddie Hodges Jr.**

## CERTIFICATE CONFERENCE

I certify that on June 6, 2025, Plaintiff's Counsel, Eddie Hodges Jr. reached out to Defendant's Counsel, conferring over this Motion. Defendant's counsel indicated they are UNOPPOSED to this Motion to Withdraw.

                                                   **/s/ *Eddie Hodges Jr.***
                                                           **Eddie Hodges Jr.**